Transcribed: 2026-03-20 ODHS Caseworker Savannah Pilliod Excerpt

# 2026-03-20 ODHS Caseworker Savannah Pilliod Excerpt

The following excerpts are taken from a recorded communication between Plaintiff and ODHS Caseworker Savannah Pilliod on March 20, 2026.

Caseworker Pilliod (0:16–0:38):

> “It does look like… the sex abuse allegations for Ben, at least, may have been addressed in Ed’s assessment.”

Caseworker Pilliod (11:58–12:07):

> “It does seem like a lot of this is repetitive… spread all over the place… other assessments.”

Caseworker Pilliod (10:52–11:05):

> “I don’t expect there would be any surprises…”

Caseworker Pilliod (11:10–11:18):

> “Once I get all those records… we can get it closed.”

(Emphasis added.)