From: Kay@lanegan.net
Subject: Re: Disposition Unfounded
Date: Mar 7, 2024 at 10:07:21 AM
To: Marina Carroll Marina.M.Carroll@odhs.oregon.gov

---

Lynn is going o contact. She has legislature in the AM I believe.

> On 2024-03-07 09:53, Marina Carroll wrote:
> Good morning,
> Thank you Kay for the below information and offers. I wanted to let you know I've received notification on my end that the CW assessment is unfounded. Because of this, we won't be questioning any further on this topic in the investigation.
> With this, we can move forward to an investigatory interview/fact finding. In that meeting, we'll have some questions for you and will gain your full perspective on the matters at hand.
> I want to recognize that we have a general 30 day timeline to move forward with this meeting, and I believe we hit 30 days on Sunday. I know it's late notice, but I can be available tomorrow morning at 8:30 for the meeting so that we comply with that timeline. If that time does not work and/or it would be preferable to look at times next week, that's fine with me but would need written communication from a steward to go ahead and extend that timeline.
> Please let me know what works best.
> Thank you,
> Marina Carroll
> Senior Human Resources Business Partner
> Supporting Central and Shared Services
> Office of Human Resources
> Oregon Department of Human Services
> 971-283-8247
> From: Kay Lanegan <kay@lanegan.net>
> Sent: Thursday, March 7, 2024 7:06 AM
> To: Marina Carroll <Marina.M.Carroll@odhs.oregon.gov>; Beaton Lynn D <LYNN.D.BEATON@odhs.oregon.gov>; Randi Serrau (she/her) <Miranda.Serrau@odhs.oregon.gov>
> Subject: Disposition Unfounded
> Hi Marina,
> I am struggling to determine how HR will know what is and is not on the ORURL website our team has used in core comps through two previous

> managers, 5 AICs and 4 trainers without an access point. In effort to make your job easier, I wanted to offer again the opportunity for you to view the contents again, are you wanting access to the webpage?
> Per the message I received from Dallas, it needed to be shutdown immediately with no documentation uploaded or offloaded. However, I am unable to find a way for you to investigate whether or not state assets (which are defined as having value to the state and are leveled 0-4 in terms of information security) are on the website. I am certain you have people utilizing naming conventions to get into the page. I have strong security, so backdoors are highly unlikely to work. I follow strict standards employed by NIST standards to the best of my knowledge, therefore it is probable you will need access through me as I am gatekeeping per Dallas's request for the information to not be used until future notice allows it (per email 11:49am Feb. 9th, 2024).
> I informed the AICs the website was locked per Dallas's request, and to please let their counties know. Dallas thanked me for locking it down in Teams. If you need documentation to show what the website had when it was locked and what it has now, I have those documents as well to prove no changes were made to what is on the site on or after receiving Dallas's email.
> Thanks
> Kay
> Begin forwarded message:
>> From: Marina Carroll <Marina.M.Carroll@odhs.oregon.gov>
>> Date: March 6, 2024 at 3:20:44 PM PST
>> To: Beaton Lynn D <LYNN.D.BEATON@odhs.oregon.gov>, Kay Lanegan <kay@lanegan.net>, "Randi Serrau (she/her)" <Miranda.Serrau@odhs.oregon.gov>
>> Subject: RE: Disposition Unfounded
>> Good afternoon all,
>> To clarify, this current investigation process was opened due to the CW assessment as well as Information Security concerns. I also understand that Kay has brought forward some information security concerns that she has found, which both myself and Travis (with DAS) has reported appropriately for any needed action.