12:43

SO
Shae

Nov 24, 2023 at 2:07 PM

Hi La Shae—
Ellen had dinner with the kids yesterday—
She is going to Myrtle creek to talk to Kecia. Emma said she's concerned about her mom with Kecia because mom missed two visits because she was with Kecia. I said I would pass the concerns along.

Kahli has been hitting the last several days since her visit with mom. I think she's struggling with the fact that she isn't seeing mom much. If you have suggestions on how to engage mom, we are open to them.

Nov 27, 2023 at 8:20 AM

Good Morning thank you for the update. Also have you spoke to the certifier about your trip I still will need the details and she will need to send me the form so I can get it processed as soon as possible

We just decided to cancel it. My dad had a minor heart issue, and he has follow ups I am waiting to see how those go before skipping states

If they are long term in care, I have dates for trips. Ben can send them

iMessage

12:44

SO
Shae

We don't have court until February 28th at 9:15am and we have permanency hearing on September 9:00am.
We are still looking for a relative resource.

You may want to reach out to the atty Starfire—she has the date of Dec. 6th

From what I've heard, relative options aren't many :/

She is needed to see the children that day.

Nov 30, 2023 at 7:03 PM

Emma let us know that Keith and mom were at grandma Ellen's together. She asked if we turned Ashley in because she already thought they would end up in jail if they kept going over together

Dec 4, 2023 at 6:36 PM

Hi La Shae—
We haven't heard what time on the sixth the kids have a shopping trip. Do you have any idea?
Also, is mom going to be available for her visit this week, or do we not know?

iMessage