Transcribed: 2023-11-30 18-46-52 LaShea told ODHS Caseworker LaShea Rosenbloom

# 2023-11-30 18-46-52 LaShea told ODHS Caseworker LaShea Rosenbloom

The following excerpts are taken from a recorded communication between Plaintiff and ODHS Caseworker LaShea Rosenbloom on November 11th, 2023.

Begins at 9min 14 seconds

> "You tattled"