IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

NATASHA KAY DUNNE,

Plaintiff,

v.

STATE OF OREGON; OREGON DEPARTMENT OF HUMAN SERVICES; OFFICE OF TRAINING, INVESTIGATIONS, AND SAFETY; DALLAS J. TULLY; SEANTEL HEISEL,

Defendants.

Civ. No. 6:25-cv-02359-AP

**ORDER**

---

AIKEN, District Judge:

Magistrate Judge Amy Potter has filed a Findings and Recommendation ("F&R"), ECF No. 68, recommending that the Defendants' Motion to Dismiss, ECF No. 32, be GRANTED, Defendants' Supplemental Motion to Dismiss, ECF No. 53, be GRANTED, and Plaintiff's motion to sever her claims, ECF No. 36, be DENIED.

Under the Federal Magistrates Act, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."

28 U.S.C. § 636(b)(1). If a party files objections to a magistrate judge's findings and recommendations, "the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

For those portions of a magistrate judge's findings and recommendations to which neither party has objected, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."). Although no review is required in the absence of objections, the Magistrates Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Id.* at 154. The Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that "[w]hen no timely objection is filed," the court should review the recommendation for "clear error on the face of the record."

In this case, Plaintiff Natasha Kay Dunne ("Plaintiff") has filed Objections, ECF No. 70, and a sur-reply, ECF No. 74, and the Court has undertaken *de novo* review of the objected-to portions of the F&R. The Court has reviewed the F&R and the record and finds no error. The F&R is ADOPTED and Defendants' Motion to Dismiss, ECF No. 32, and Supplemental Motion to Dismiss, ECF No. 53, are GRANTED, and Plaintiff's motion to sever her claims, ECF No. 36, is DENIED.

Plaintiff shall have leave to amend her complaint within 30 days consistent with the F&R.

It is so ORDERED and DATED this 15th day of September 2026.

/s/Ann Aiken
ANN AIKEN
United States District Judge